SMITH *v.* WALKER & IZLAR.

TURNER, J.  This case is controlled by the decision of this court in *Sanner* v. *Shivers*, 76 *Ga.* 335, wherein it was held that the "monthly wages of a locomotive engineer in the employment of a railroad corporation are not subject to the process of garnishment in this State."  As a finding in favor of the prevailing party below was demanded by the evidence, the trial court erred in setting aside the verdict of the jury.

*Judgment reversed.  All the Justices concur, except Simmons, C. J., absent.*

Submitted February 17, — Decided March 3, 1904.

Garnishment.  Before Judge Reynolds.  City court of Waycross.  April 30, 1903.

*L. A. Wilson,* for plaintiff in error.  *J. Walter Bennett,* contra.

---

SWEAT *v.* LATIMER.

FISH, P. J.  A motion to set aside a judgment must be predicated upon some defect apparent upon the face of the record.  *Regopoulas* v. *State*, 116 *Ga.* 596; *Tietjen* v. *Merchants Bank*, 117 *Ga.* 501.

*Judgment affirmed.  All the Justices concur, except Simmons, C. J., absent.*

Submitted February 17, — Decided March 3, 1904.

Motion to set aside judgment.  Before Judge Reynolds.  City court of Waycross.  June 11, 1903.

*John T. Myers,* for plaintiff in error.

*J. Walter Bennett,* contra.